**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

FILED

MAY 5 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By_____
Deputy Clerk

Willis Ray Thompson, )
        Petitioner, )
         )
vs. )   No. CIV 09-173-RAW
         )
Randall G. Workman, Warden, )
        Respondent. )

**O R D E R**

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Mayes** County, Oklahoma, which is located within the territorial jurisdiction of the **Northern** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **Northern** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 5th day of May 2009.

*Ronald A. White*
**RONALD A. WHITE
UNITED STATES DISTRICT JUDGE**